United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott D. Posen  
    Debtor

Case No. 19-14701-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jul 24, 2024     Form ID: 138OBJ     Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott D. Posen, 1650 Peachtree Lane, Eagleville, PA 19403-3328 |
| 14368980 | + | AMR Ambulance, 6363 S. Fiddlers Green Circle, 14th Floor, Greenwood Village, CO 80111-5011 |
| 14368993 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14468858 | + | PROVIDENT FUNDING ASSOCIATES, L.P., c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14368997 | + | Philadelphia Hand to Shoulder Center, 950 Pulaski Drive, Suite 100, King of Prussia,pa 19406-2802 |
| 14369003 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14393530 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 00:45:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14368979 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 00:44:39 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14368981 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2024 00:18:00 | Bank Of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14393355 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 25 2024 00:19:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14368987 | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14368988 | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14368982 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 01:22:52 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14383311 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2024 00:45:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14368984 | + | Email/Text: ecf@ccpclaw.com | Jul 25 2024 00:18:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14368986 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 00:44:38 | Citibank, Attn: Recovery/Centralized Bankruptcy, |

Case 19-14701-pmm   Doc 56   Filed 07/26/24   Entered 07/27/24 00:37:16   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 138OBJ | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 790034, St Louis, MO 63179-0034 |
| 14368989 | + | Email/Text: bankruptcy@philapark.org | Jul 25 2024 00:19:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14368990 | | Email/Text: bankruptcycourts@equifax.com | Jul 25 2024 00:19:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14368991 | ^ | MEBN | Jul 25 2024 00:03:05 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14368992 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 00:19:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14368983 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2024 00:45:22 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14373884 | + | Email/Text: RASEBN@raslg.com | Jul 25 2024 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14398225 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 00:45:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14368996 | ^ | MEBN | Jul 25 2024 00:03:14 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14689780 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 01:20:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14368994 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 01:22:16 | Paypal Credit/SYNCB, P.O. Box 960006, Orlando, FL 32896-0006 |
| 14368998 | + | Email/Text: bankruptcy@philapark.org | Jul 25 2024 00:19:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14368999 | + | Email/Text: bknotifications@provident.com | Jul 25 2024 00:19:00 | Provident Funding, Attn: Bankruptcy, PO Box 5914, Santa Rosa, CA 95402-5914 |
| 14375682 | + | Email/Text: bknotifications@provident.com | Jul 25 2024 00:19:00 | Provident Funding Associates, L.P., 1235 N. Dutton Avenue, Suite E., Santa Rosa, CA 95401-4666 |
| 14794597 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2024 01:22:58 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14399128 | ^ | MEBN | Jul 25 2024 00:03:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14364980 | ^ | MEBN | Jul 25 2024 00:03:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14369000 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 01:44:54 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14369001 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 01:45:03 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14369002 | | Email/Text: DASPUBREC@transunion.com | Jul 25 2024 00:18:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14369004 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 00:46:33 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14369006 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 00:45:39 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14395604 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 01:22:10 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 138OBJ | Total Noticed: 41 |

| 14747639 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 01:23:02 | Moines, IA 50306-0438 Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |
|---|---|---|---|

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14393531 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14368985 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor PROVIDENT FUNDING ASSOCIATES  L.P. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PROVIDENT FUNDING ASSOCIATES  L.P. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor PROVIDENT FUNDING ASSOCIATES  L.P. karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Scott D. Posen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROGER FAY | on behalf of Creditor Provident Funding Associates  LP rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 54 − 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Scott D. Posen  )  Case No. 19−14701−pmm
  )
  )
    Debtor(s).  )  Chapter: 13
  )
  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 24, 2024

For The Court

Timothy B. McGrath
Clerk of Court